# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3554

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| William Younger, Jr., | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted:  March 7, 2002
Filed:  March 13, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

William Younger pleaded guilty to possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Count 1), and being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Count 3).  The district court,[1] after granting Younger's motion for downward departure, sentenced him to concurrent prison terms of 144 months on Count 1 and 120 months on Count 3, and concurrent 3-year terms of supervised release.  On appeal, counsel has moved to withdraw under Anders v. California, 386

_____

[1]The HONORABLE HOWARD F. SACHS, United States District Judge for the Western District of Missouri.

U.S. 738 (1967), and filed a brief arguing the district court should have granted a larger downward departure.

We conclude that the extent of the district court's departure is unreviewable. See United States v. Puckett, 147 F.3d 765, 772 (8th Cir. 1998). Moreover, following our independent review, see Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.